Acknowledged.

This action is hereby dismissed without prejudice.

Date: 7/8/2020

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA VOTE BY MAIL, an Indiana non-profit corporation; VIRGINIA WOESTE; RENEE CASON; LEACH KENAGE; PATRICIA BROWN; and PATRICIA CARLIN, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL OKESON; S. ANTHONY LONG; SUZANNAH WILSON OVERHOLT; and ZACHARY E. KLUTZ, in their official capacities as members of the Indiana Election Commission; and CONNIE LAWSON, in her official capacity as Indiana Secretary of State, <br><br> Defendants. | Case No.: 1:19-cv-04245-SEB-MJD |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendants, by their respective undersigned counsel, hereby stipulate to the dismissal of this cause, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear its own costs.

Respectfully submitted,

*/s/Jefferson S. Garn*
Jefferson S. Garn
Attorney for Defendants

INDIANA ATTORNEY GENERAL
302 West Washington Street
Indiana Government Center South, Fifth Floor
Indianapolis, IN 46204
Tele: (317) 232-6292
Email: Jefferson.Garn@atg.in.gov

*/s/William R. Groth*
William R. Groth
Attorney for Plaintiffs

MACEY SWANSON LLP
445 N. Pennsylvania Street
Suite 401
Indianapolis, IN 46204
Tele: (317) 637-2345
Email: wgroth@fdgtlaborlaw.com